BTXN 099 (rev. 12/14)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re:<br>Highland Capital Management, L.P.<br><br>　　　　　　　　　Debtor(s)<br><br>The Charitable DAF Fund, L.P. et al<br>　　　　　　　　　Appellant(s)<br>　vs.<br>Highland Capital Management, L.P.<br>　　　　　　　　　Appellee(s) | § § § § § § § § § § § § § § § | Case No.:   19−34054−sgj11<br>Chapter No.:   11<br>Civil Case No.:      3:21−CV−01974−X |

# TRANSMITTAL AND CERTIFICATION OF RECORD ON APPEAL

　Pursuant to Federal Rules of Bankruptcy Procedure 8010, the appeal filed on 8/16/2021 regarding [2660] Memorandum Opinion And Order Holding Certain Parties And Their Attorneys In Civil Contempt of Court For Violation Of Bankruptcy Court Orders (RE: related document(s)2247 Motion for order to show cause filed by Debtor Highland Capital Management, L.P.). Entered on 8/4/2021 by The Charitable DAF Fund, L.P. et al in the above styled bankruptcy case is hereby transmitted to the U.S. District Court for the Northern District of Texas.

　This record on appeal contains all items listed on the attached index, and is in compliance with Rule 8010 of the Federal Rules of Bankruptcy Procedure.

　All further pleadings or inquiries regarding this matter should be directed to the U.S. District Clerk's Office until such time as the appeal is fully processed in the U.S. District Court.

　The above referenced record was delivered to the U.S. District Clerk's Office on September 27, 2021.

DATED:  9/27/21　　　　　　　　　　　　FOR THE COURT:
　　　　　　　　　　　　　　　　　　　　Robert P. Colwell, Clerk of Court

　　　　　　　　　　　　　　　　　　　　by: /s/J. Blanco, Deputy Clerk