PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (CA Bar No. 143717)
(*admitted pro hac vice*)
John A. Morris (NY Bar No. 266326)
(*admitted pro hac vice*)
Gregory V. Demo (NY Bar No. 5371992)
(*admitted pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

ROBBINS, RUSSELL, ENGLERT, ORSECK &
UNTEREINER LLP
Roy T. Englert, Jr. (DC Bar No. 358464)
(*admitted pro hac vice*)
Matthew M. Madden (DC Bar No. 991139)
(*admitted pro hac vice*)
Shikha Garg (NY Bar No. 5805635)
(*admitted pro hac vice*)
John B. Goerlich (DC Bar No. 1656553)
(*admitted pro hac vice*)
2000 K Street NW, 4th Floor
Washington DC 20006
Telephone: (202) 775-4500
Facsimile: (202) 775-4510

HAYWARD PLLC
Melissa S. Hayward (TX Bar No. 24044908)
Zachery Z. Annable (TX Bar No. 24053075)
10501 N. Central Expy, Ste. 106
Dallas, TX 75231
Telephone: (972) 755-7100
Facsimile: (972) 755-7110

*Counsel for Highland Capital Management, L.P.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | § | Case No. 19-34054-sgj11 |
| | § | |
| Reorganized Debtor. | § | |
| | § | |
| THE CHARITABLE DAF FUND LP; CLO HOLDCO LTD.; MARK PATRICK; SBAITI & COMPANY PLLC; MAZIN A. SBAITI; JONATHAN BRIDGES; AND JAMES DONDERO, | § § § § § § | Case No. 3:21-cv-01974-X |
| Appellants, | § | |
| vs. | § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § | |
| Appellee. | § | |

---

[1] The Reorganized Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Reorganized Debtor is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

## APPELLEE'S CERTIFICATE OF INTERESTED PERSONS
## PURSUANT TO LOCAL BANKRUPTCY RULE 8012.1

Highland Capital Management, L.P. (the "Appellee" or "Reorganized Debtor"), appellee in the above-referenced matter, hereby submits the following *Certificate of Interested Persons* (the "CIP") pursuant to Rule 8012.1 of the Local Bankruptcy Rules for the Northern District of Texas:

1.  Highland Capital Management, L.P., the Reorganized Debtor in the bankruptcy case captioned *In re Highland Capital Management, L.P.*, case no. 19-34054-sgj11 (the "Bankruptcy Case"), pending in the United States Bankruptcy Court of the Northern District of Texas, Dallas Division.

2.  Appellant James Dondero and his counsel, Levinger PC (Jeffrey S. Levinger) and Bond Ellis Eppich Schafer Jones LLP (Clay M. Taylor, John T. Wilson IV, and Bryan C. Assink).

3.  Appellants The Charitable DAF Fund, L.P., CLO Holdco Ltd., Mark Patrick, Sbaiti & Company PLLC, Mazin A. Sbaiti, and Jonathan Bridges and their counsel, Schaerr|Jaffe LLP (Erik S. Jaffe and Brian J. Field) and Sbaiti & Company PLLC (Mazin A. Sbaiti and Jonathan Bridges).

The Reorganized Debtor reserves the right to amend or supplement this CIP as and if necessary or appropriate.

Dated:  January 13, 2022.

**PACHULSKI STANG ZIEHL & JONES LLP**

Jeffrey N. Pomerantz (CA Bar No. 143717)
John A. Morris (NY Bar No. 266326)
Gregory V. Demo (NY Bar No. 5371992)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
Email: jpomerantz@pszjlaw.com
           jmorris@pszjlaw.com
           gdemo@pszjlaw.com

-and-

**ROBBINS, RUSSELL, ENGLERT, ORSECK & UNTEREINER LLP**
Roy T. Englert, Jr. (DC Bar No. 358464)
Matthew M. Madden (DC Bar No. 991139)
Shikha Garg (NY Bar No. 5805635)
John B. Goerlich (DC Bar No. 1656553)
2000 K Street NW, 4th Floor
Washington DC 20006
Telephone: (202) 775-4500
Facsimile: (202) 775-4510
Email:  renglert@robbinsrussell.com
            mmadden@robbinsrussell.com
            sgarg@robbinsrussell.com
            jgoerlich@robbinsrussell.com

-and-

**HAYWARD PLLC**

*/s/ Zachery Z. Annable*
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for Appellee Highland Capital Management, L.P.*

DOCS_NY:44897.1 36027/003