# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.,<br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 19-34054 (SGJ) |
| THE CHARITABLE DAF FUND LP; CLO HOLDCO LTD.; MARK PATRICK; SBAITI & COMPANY PLLC; MAZIN A. SBAITI; JONATHAN BRIDGES; AND JAMES DONDERO,<br><br>Appellants,<br>vs.<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.,<br><br>Appellee. | Case No: 3:21-cv-01974-X |

## CERTIFICATE OF SERVICE

I, Hannah Bussey, depose and say that I am employed by Kurtzman Carson Consultants LLC ("KCC"), the claims and noticing agent for the Reorganized Debtor in the bankruptcy case of *Highland Capital Management, L.P.*, Case No. 19-34054-sgj11 (Bankr. N.D. Tex).

On January 13, 2022, at my direction and under my supervision, employees of KCC caused the following document to be served via Electronic Mail upon the service list attached hereto as **Exhibit A**; and via First Class Mail upon the service list attached hereto as **Exhibit B**:

- **Appellee's Certificate of Interested Persons Pursuant to Local Bankruptcy Rule 8012.1** [Docket No. 31]

Dated: January 18, 2022

/s/ Hannah Bussey
Hannah Bussey
KCC
Meidinger Tower
462 South 4th Street
Louisville, KY 40202

# EXHIBIT A

Exhibit A
Civil Action Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for James Dondero | Bonds Ellis Eppich Schafer Jones LLP | John Y. Bonds, III, John T. Wilson, IV, Bryan C. Assink, Clay M. Taylor, William R. Howell, Jr. | john@bondsellis.com; john.wilson@bondsellis.com; bryan.assink@bondsellis.com; clay.taylor@bondsellis.com; william.howell@bondsellis.com |
| Counsel for James Dondero | David Kane PC | David L Kane | david@davidkanepc.com |
| Financial Advisor to Official Committee of Unsecured Creditors | FTI Consulting | Earnestiena Cheng, Daniel H O'Brien | Earnestiena.Cheng@fticonsulting.com; Daniel.H.O'Brien@fticonsulting.com |
| Counsel for the Debtor | Hayward & Associates PLLC | Melissa S. Hayward, Zachery Z. Annable | MHayward@HaywardFirm.com; ZAnnable@HaywardFirm.com |
| Counsel for the Debtor | Pachulski Stang Ziehl & Jones LLP | Richard M. Pachulski, Jeffrey N. Pomerantz, Ira D. Kharasch, James E. O'Neill, Robert J. Feinstein, John A. Morris, Gregory V. Demo | rpachulski@pszjlaw.com; jpomerantz@pszjlaw.com; ikharasch@pszjlaw.com; joneill@pszjlaw.com; rfeinstein@pszjlaw.com; jmorris@pszjlaw.com; gdemo@pszjlaw.com |
| Counsel for the Debtor | Pachulski Stang Ziehl & Jones LLP | Robert Joel Feinstein, Hayley R. Winograd, Judith Elkin, Jordan A Kroop, Robert J Feinstein | rfeinstein@pszjlaw.com; hwinograd@pszjlaw.com; jelkin@pszjlaw.com |
| Co-Counsel to Debtor | Robbins, Russell, Englert, Orseck & Untereiner LLP | Roy T. Englert, Jr., Matthew M. Madden, John B. Goerlich, Shikha Garg | renglert@robbinsrussell.com; mmadden@robbinsrussell.com; jgoerlich@robbinsrussell.com; sgarg@robbinsrussell.com |
| Counsel for CLO Holdco, Ltd. and Charitable DAF Fund, L.P. | Sbaiti & Company PLLC | Mazin A Sbaiti, Jonathan Bridges, Kevin N Colquitt | MAS@SbaitiLaw.com; jeb@sbaitilaw.com |
| Counsel for The Charitable DAF Fund LP | Schaerr Jaffe LLP | Brian J Field, Erik S Jaffe | bfield@schaerr-jaffe.com |
| Counsel for Official Committee of Unsecured Creditors | Sidley Austin LLP | Matthew Clemente, Alyssa Russell, Elliot A. Bromagen, Dennis M. Twomey | mclemente@sidley.com; alyssa.russell@sidley.com; ebromagen@sidley.com; dtwomey@sidley.com |
| Counsel for Official Committee of Unsecured Creditors | Sidley Austin LLP | Penny P. Reid, Paige Holden Montgomery, Juliana Hoffman, Chandler M. Rognes | preid@sidley.com; pmontgomery@sidley.com; jhoffman@sidley.com; crognes@sidley.com |
| Bankruptcy Judge | US Bankruptcy Court | Hon. Stacey G Jernigan | sgj_settings@txnb.uscourts.gov |
| Counsel for James Dondero | Vedder Price PC | Thomas P Cimino , Jr, William W Thorsness | tcimino@vedderprice.com; wthorsness@vedderprice.com; |

# EXHIBIT B

Exhibit B
Civil Action Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Counsel for James Dondero | Bonds Ellis Eppich Schafer Jones LLP | John Y. Bonds, III, John T. Wilson, IV, Bryan C. Assink, Clay M. Taylor, William R. Howell, Jr. | 420 Throckmorton Street, Suite 1000 | | | Fort Worth | TX | 76102 |
| Counsel for James Dondero | David Kane PC | David L Kane | 5301 Village Creek Drive | Suite D | | Plano | TX | 75093 |
| Counsel for James Dondero | Law Office of Michael Eidelman | Michael Eidelman | 10 South Wacker Dr | | | Chicago | IL | 60606 |
| Co-Counsel to Debtor | Robbins, Russell, Englert, Orseck & Untereiner LLP | Roy T. Englert, Jr., Matthew M. Madden, John B. Goerlich, Shikha Garg | 2000 K Street NW | | | Washington | DC | 20006 |
| Counsel for CLO Holdco, Ltd. and Charitable DAF Fund, L.P. | Sbaiti & Company PLLC | Mazin A Sbaiti, Jonathan Bridges, Kevin N Colquitt | J.P. Morgan Chase Tower | 2200 Ross Avenue | Suite 4900W | Dallas | TX | 75201 |
| Counsel for The Charitable DAF Fund LP | Schaerr Jaffe LLP | Brian J Field, Erik S Jaffe | 1717 K Street NW | Suite 900 | | Washington | DC | 985577 |
| Bankruptcy Judge | US Bankruptcy Court | Hon. Stacey G Jernigan | Chambers of Judge Stacey G C Jernigan | 1100 Commerce St | Room 1254 | Dallas | TX | 75242-1496 |
| Counsel for James Dondero | Vedder Price Kaufman & Kammholz | Douglas Joseph Lipke | 222 North LaSalle St | Suite 2600 | | Chicago | IL | 60601 |
| Counsel for James Dondero | Vedder Price PC | Thomas P Cimino , Jr, William W Thorsness | 222 North LaSalle St | Suite 2600 | | Chicago | IL | 60601 |

Highland Capital Management, L.P.
Case No. 19-34054

Page 1 of 1