IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| THE CHARITABLE DAF FUND LP, CLO HOLDCO LTD; MARK PATRICK; SBAITI & COMPANY PLLC; MAZIN A. SBAITI; JONATHAN BRIDGES; and JAMES DONDERO, § § § § § § § | | |
| *Appellants*, § | Civil Action No. 3:21-01974-X | |
| § § | | |
| v. § § | | |
| HIGHLAND CAPITAL MANAGEMENT, L.P., § § § | | |
| *Appellee*. | | |

## NOTICE OF APPEAL

James Dondero hereby appeals to the United States Court of Appeals for the Fifth Circuit from this Court's Memorandum Opinion and Order entered on September 28, 2022 [Dkt. # 49] affirming in part the bankruptcy court's contempt order issued on August 4, 2021. The parties to this appeal are James Dondero (who is represented by the undersigned counsel) and Highland Capital Management, L.P. (which is represented by the law firms of Pachulski Stang Ziehl & Jones LLP; Kromer Levin; and Hayward PLLC).

Respectfully submitted,

*/s/ Jeffrey S. Levinger*

**Jeffrey S. Levinger**
State Bar No. 12258300
jlevinger@levingerpc.com
**J. Carl Cecere (of counsel)**
State Bar No. 24050397
ccecere@cecerepc.com
**Levinger PC**
1700 Pacific Ave.
Suite 2390
Dallas, Texas 75201
Telephone: 214-855-6817
Facsimile:  214-817-4509

*Attorneys for James Dondero*

### CERTIFICATE OF SERVICE

I hereby certify that this Notice of Appeal was served via the Court's CM/ECF System on counsel for Appellee on this 27th day of October, 2022.

*/s/ Jeffrey S. Levinger*

**Jeffrey S. Levinger**

2